# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**CASE NO: 1:20-cv-03184**

HENRY JACKSON,

    Plaintiff(s),

v.

MAYBERRY, INC., et. al.,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, HENRY JACKSON ("Plaintiff"), by and through undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i),* hereby files his Notice of Voluntary Dismissal Without Prejudice.

**Dated this 24th day of July 2020.**

    Respectfully Submitted,

    **JORDAN RICHARDS, PLLC**
    805 E. Broward Blvd. Suite 301
    Fort Lauderdale, Florida 33301
    *Counsel for Plaintiff*

    By: */s/ Jordan Richards*
    JORDAN RICHARDS, ESQUIRE
    Illinois Bar No. 6328923
    jordan@jordanrichardspllc.com
    melissa@jordanrichardspllc.com
    jake@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was filed and served on all parties listed below via CM/ECF on July 24, 2020.

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Illinois Bar No. 6328923

## SERVICE LIST